FILE COPY

No. 07-13-00233-CR

| | | |
|---|---|---|
| Steve Herbert Speckman<br> Appellant | § <br> § | From the 372nd District Court<br> of Tarrant County |
| v. | § | May 23, 2014 |
| The State of Texas<br> Appellee | § <br> § <br> § | Opinion by Justice Hancock |

**J U D G M E N T**

Pursuant to the opinion of the Court dated May 23, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o